| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | SARA WINSLOW (DCBN 457643)<br>Chief, Civil Division |
| 4 | |
| 5 | JULIE C. REAGIN (CABN 167934)<br>Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7181<br>FAX: (415) 436-6570 |
| 8 | Julie.Reagin@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BLAKE ROBERT JOHNSTON,<br><br>  Defendant, | CASE NO. CR 14-00545 JSW<br><br>[~~PROPOSED~~] DISPOSITION ORDER<br>(WRIT OF CONTINUING GARNISHMENT)<br>AS MODIFIED HEREIN |
| TRAVIS CREDIT UNION,<br><br>  Garnishee. | |

The United States has filed its Application for Disposition Order (Writ of Continuing Garnishment).

The Court finds that:

1. Judgment debtor and defendant Blake Robert Johnston (hereinafter "Defendant") was indebted to plaintiff United States of America for restitution in the original amount of $65,631.86

[~~PROPOSED~~] DISPOSITION ORDER
CASE NO. CR CR 14-00545 JSW                    1

1 (consisting of $43,131.86 in restitution, a $17,500.00 fine and a $5,000.00 special assessment) in the above-captioned case. As of January 24, 2018, the total balance due on the judgment debt was ⁂ $39,158.86. Interest accrues at the rate of .540%.

2. The Court issued its Writ of Continuing Garnishment, directed to Garnishee Travis Credit Union and the Writ was served on the Garnishee.

3. The Garnishee filed Answer to the Writ indicating that at the time of the service of the Writ, the Garnishee had in their possession, custody, or control property in which the Defendant has a substantial nonexempt interest.

4. On November 9, 2016, the Defendant was notified of the Defendant's right to a hearing and to object to the Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the time to do so has expired.

Based on the foregoing, and for good cause shown, IT IS HEREBY ORDERED that the Garnishees pay to Plaintiff, all of the Defendant's interest in the named accounts up to the amount owing on his judgment debt, which is currently $39,158.86.

IT IS SO ORDERED.

Dated: February 6, 2018

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

⁂ The Court granted the Government's petition to remit the special assessment. (Dkt. No. 110.)