UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLAKE ROBERT JOHNSTON,<br><br>Defendant. | Case No. 14-cr-00545-JSW-1<br><br>**JUDGMENT** |

Pursuant to the Order issued this date denying Defendant's motion to vacate, pursuant to 28 U.S.C. section 2255, the Court ENTERS JUDGMENT in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 25, 2019

_____
JEFFREY S. WHITE
United States District Judge