# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **14-CR-00545-JSW-1**

Date case was first filed in U.S. District Court: **10/16/2014**

Date of judgment or order you are appealing: **06/25/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Blake Robert Johnston

Is this a cross-appeal? ○ Yes ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Law Offices of Alan Ellis

80 Pinheiro Circle

City: Novato   State: CA   Zip Code: 94945

Prisoner Inmate or A Number (if applicable):

Signature: /s/ Alan Ellis   Date: 08/21/19

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Blake Robert Johnston

Name(s) of counsel (if any):

> Alan Ellis

Address: 80 Pinheiro Circle, Novato, CA 94945

Telephone number(s): (415) 895-5076

Email(s): aelaw1@alanellis.com, aelaw50@alanellis.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United States of America

Name(s) of counsel (if any):

> Christina McCall

Address: 1301 Clay Street, Suite 340S, Oakland, CA 94612

Telephone number(s): (510) 637-3680

Email(s): christina.mccall@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                          *1*                                New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Jonathan Edelstein

Address: 501 Fifth Avenue, Suite 514, New York, NY 10017

Telephone number(s): 212-252-9775

Email(s): jonathan.edelstein.2@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6  |  2  |  New 12/01/2018